**Order filed, June 2, 2022.**



**In The**

# Fourteenth Court of Appeals

———————

**NO. 14-22-00316-CR**

———————

**EX PARTE TIFFANY PETEET, Appellant**

---

**On Appeal from the 232nd District Court
Harris County, Texas
Trial Court Cause No. 1761896**

---

## ORDER

The reporter's record in this case was due May 9, 2022. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order the court reporter of the 232nd District Court, to file the record in this appeal **within 10 days** of the date of this order.

PER CURIAM

**Panel Consists of Chief Justices Christopher and Justices Wise and Jewell.**